**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| CARLOS RAMOS DE LEON,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES and U.S. DEPARTMENT OF HOMELAND SECURITY,<br><br>Defendants. | Civil Action No.<br>1:25-cv-02972-VMC |

**ORDER**

On June 2, 2026, the Court entered an Order directing Plaintiff to file proof of service for any Defendant who has been served, or, in the alternative, show cause in writing for his failure to serve any Defendant by June 23, 2026. Plaintiff did not file anything in response to the Order. Accordingly, it is

**ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE** for failure to serve process under Local Rule 41.3(A), NDGa. and Federal Rule of Civil Procedure 4.

**SO ORDERED** this 25th day of June, 2026.

Victoria Marie Calvert
United States District Judge